Revised 05/01 WDNY
**UNITED STATES DISTRICT COURT**
~~WESTERN DISTRICT OF NEW YORK~~ District of Massachusetts

André Rene Levesque
~~(Full name under which you were convicted)~~ / I've been lent out
I have (not) been convicted
          Petitioner,
               Keith v.s
Judge Bruno / State of New York          Civil No.: _____
(Name of warden, superintendent, jailor or
authorized person having custody of petitioner)

          Respondent.

### PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 BY A PERSON IN CUSTODY
CHN 2009-0446

Petitioner's Name (and Prisoner Number, if applicable): Andre Rene Levesque

Petitioner's Place of Confinement: State of New York / cultist layer of Darkness

1. Provide the following information regarding the determination which you are challenging in this petition. (If you wish to challenge more than one determination, you should file a separate petition for each determination.)

   * Type of determination: Finding of being incapacitated and unwilling to work with a neo-Nazi lawyer

   * Who made the determination: Socio-Path Judge Bruno of The Clinton County Superior/Supreme Court NY.
   I-8-208679

   * Where was the determination made: Vidio-conference

   * When was the determination made: 8-3-21

   * Did you appeal the determination?: Yes ✓   No ___

   * If you **did** appeal:
      * To whom did you appeal: Similar Action as This Dueling instrument
      * When was the appeal decided: Pending Emergency Petition
      * What was the result of the appeal: ~~Double-talk~~ Their is no such thing as Mental illness - its racketeering - I am the victim being victimized & Denied a trial

   * If you **did not** appeal, state why you did not: Double Jepordy, On Nov 15th 2017 The Honorable Judge Indira Talwani federal court Boston, wrote the government did not meet the Burden
   - of proff. yet I was again convicted of malice on the part of Public Servants Run-a-muck the 8-3-21 Vidio Hearing was a sham/farce & denial of due process

8/20/21

Nord VPN?

I am being forced to listen to an illegal radio-broadcast as this facility refuses to adhere to federal Communications Commission guide lines Mandated by federal laws on Paid Entertainment Communist forum

<u>See:</u> 1955 Senator McCarth Senate Hearings

They refuse to provide Personal listening devices or instale short wave broad ban transmissions for the deranged content, Murder Rape promoting anti-social behavior. As the producers writers and cast promote encourage violence Theft extortion

And I was personally abducted a dozen years ago brought to a movie set were 2- women were murderd in a Beheading then I was again gassed and returned home (sic) – repeatedly I've been subjected to Volume control abuses as I stay locked in my open air gate wall cell on a mini- 3 man intake unit causing me extreme Distress!

<u>see:</u> 1:21-cv-10223 DJC
U.S.D.C. District of Massachusetts
and
Levesque (vs) frost (et al)
USDC Rhode Island
9:12-cv-787 peebles, U.S.D.C. Northern District of New York

2. State **concisely** every ground on which you claim that you are being held unlawfully. Summarize **briefly** the **facts** supporting each ground:

(a) Ground one: The People of the State of New York refuse to let me call customer service to procure a new Bank card and post Bail A form of Domestic Abuse

Supporting facts (tell your story briefly without citing cases or law): I repeatedly asked to call so a new Bank # can be assigned to me and a new card delivered ups. on 5-12-21 I was not allowed the verification return call upon arrival to facility as I contest 2 year old alligations. Demanding a trial due to stalkers 5-12-19 with instant messaging and autos tried to murder me.

(b) Ground two: Aug 2nd I waited on hold for 1½ hours and then no longer allowed to call again

Supporting facts (tell your story briefly without citing cases or law): Only once since May 12, 2021 2 years after judicial Alligations of "pitching rocks" have I been allowed to try customer service for verification Access causing extreme distress and harm as I am the victim Being victimized such as Oct 26, 2016

(c) Ground three: I was (not) allowed to review the Slanderous insults of Clare yowents/narcicists - who did (not) make appointments

Supporting facts (tell your story briefly without citing cases or law): On Aug 3rd 2021 I was subjected to a witch hunt and not allowed to review alledged reports of being incapacitated. I was (not) allowed a Hearing and I have been denied my 6TH Amendment right to present evidence and testify to my defence. I am being left out - a 13TH Amendment violation

(d) Ground four: I have been slandered by people denigrotenly me in conspiracy to belittle me by name calling "Their is no such thing as Mental illness - or God"

Supporting facts (tell your story briefly without citing cases or law): Only deproved socio-paths swear to God. This is (not) one nation under God - The 8-3-21 alledged hearing by Judge Bruno conducted was no where near legitimate I still question the 5-4-17 hearing that led to the denial of Committment 11-1-17 USDC

3. Have you filed any other habeas corpus applications with respect to this incarceration?
YES ✓   NO ____

If the answer is YES, please answer the following questions:

Approximate date of filing: Nov. 10th, 2021

Court where petition filed: Clinton County Superior/supreme Court
137 Margerett street
Plattsburgh, N.Y. 12901

They refuse to even photo copy this Document I am (not) making that up —

On 8-3-21 I was deemed incapacitated and I was (not) allowed to review the slanderous accusations and hate speech of Clareyoyants.

President Richard Nixon got a restraining order against the sissy nanny's from Alledged institutions of higher ethics with Questionable ethics.

I do (not) Believe in God either

---

- A mini-conspiracy to deprive me of due-process, my life liberty and property.
- I have the Bail money and public servents refuse to help me procure a new Bank card.

Also: see 1:21-cv-000008 USDC Northern District of New York
1:21-cv-10223 DJC District of Massachusetts

Docket number of proceeding: ~~Falmouth~~ 8-I-202679

Name of judge assigned to proceeding: Judge Bruno

Disposition: Denied right to review/present evidence or testify at "The farce/witch Hunt"

**WHEREFORE**, the petitioner prays that the Court grant petitioner the relief to which he or she may be entitled in this proceeding. (You may also list any specific relief you wish to obtain.) To over-turn the courts ruling after reviewing with federal prosecutors, and compell the Desenerates of New York to let me procure a new Bank Card for my Savings account as I have to personally call customer service, They Just Heckel me here!

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: Aug 19, 2021          Andre Rene Levesque
                (DATE)                     (SIGNATURE OF PETITIONER)

                                    Pro-Se' Litigant
                                    (SIGNATURE OF ATTORNEY (IF ANY))

Levesque (vs) Frost (et. Al) USDC Rhode Island

I wrote numerous Judges and political opponents as I am a Conservative Libertarian canidate for public office. On 5·12·19 I was vdsorsly attacked campaigning and the ensueing cover-up and election fraud is Treasmistse ⊖

see: Emergincy Citation to U.S. Supreme Court

Also: See how Judge Ward errored when I sent 2-seperate "writ of HABEAS CORPUS" in U.S.D.C. District of Massachusetts as a Medical Patient under the "Patriot act" and 1st Someone to get released @ Judge Ward errord and federal employees malisously withheld one of the two petitions in (Dec, 2016) after I was held without Bond or charge, malisously by scoundrals. Now I am (not) allowed a trial, They wont even present Evidence at any hearings

8/20/21) On 8-2-21 about 630-645 pm I was subjected to a visious attack on 7-22-21 about 1115 am - 1140 am again attacked

On 6-14-21 at @ 1045 am a man spit on me, I told the floor officer then he was allowed to again attack me physically entering my cell/abode with impunity as A Mr. Oferilll was instigating and so was Mr. Patel

This is a 3-man/cell mhl-unit with open gate Bar walls and a small common area that has a shower, Television and a phone - The facility refuses to provide personal listening devices as Mr. Patel had the volume on maximum and now Mr. Foster freaks out over 18-25 out of 100. Mr. Cross is Border line