UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE RENE LEVESQUE,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>JUDGE KEITH BRUNO, et al.,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 21-cv-11400-DJC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**CASPER, J.**                                                                                       **November 4, 2021**

On August 25, 2021, *pro se* petitioner Andre Rene Levesque filed a petition for a writ of habeas corpus without paying the $5.00 filing fee or filing a motion for leave to proceed *in forma pauperis*.

On August 31, 2021, the Court issued an order requiring Levesque to pay the fee or file a motion for leave to proceed *in forma pauperis*.  D. 2.  In this order, the Court also warned him that failure to comply with the order within twenty-one days could result in dismissal of the action.

The deadline for complying with the order has passed without any response from Levesque.[1]  Accordingly, the Court orders that this action be <u>DISMISSED</u> without prejudice for failure to pay the filing fee.

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Denise J. Casper
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The copy of the August 31, 2021 order that the Clerk had mailed to Levesque was returned as undeliverable.  D. 4.  Notwithstanding, the order is deemed properly served because the Clerk mailed it to the address Levesque had provided and he had not notified the Court of any change of address.  <u>See</u> Local Rule 83.5.5(h).